# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  R. GARY KLAUSNER

From: S. Williams _____, Deputy Clerk     Date Received: 02/23/2011

Case No.: CV 10-09620-RGK (CWx)     Case Title: LA Gem and Jewelry Design Inc. v. Sterling Jewelers, Inc.

Document Entitled: Letter to Judge Klausner

---

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1    Document not legible
- ☐ Local Rule 11-3.8    Lacking name, address, phone, facsimile numbers and email address
- ☐ Local Rule 11-4.1    No copy provided for judge
- ☐ Local Rule 19-1      Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1      Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6      Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8      Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1     No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1       Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1      Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2      Statement of genuine disputes of material fact lacking
- ☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-7      Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d)      No proof of service attached to document(s)
- ☐ General Order 08-02  Case is designated for electronic filing
- ☑ Other: See L.R. 83-2.11 Communications with the Judge.

**Note:** Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____     _____
Date                                          U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

02/23/2011                              *Gary Klausner*
_____     _____
Date                                          U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

---

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Weil, Gotshal & Manges LLP**

Stephen D. Kahn
+1 212 310 8820 tel.
stephen.kahn@weil.com

February 14, 2011

BY FEDEX

Hon. R. Gary Klausner
United States District Judge
United States District Court
Central District of California
Western Division- Roybal Federal Bldg
255 East Temple Street, Los Angeles, CA 90012

Re: <u>LA Gem & Jewelry Design v. Sterling Jewelers, Inc. and Catfish Productions, Inc., Case No. CV10-09620</u>

Dear Judge Klausner,

      This firm represents Sterling Jewelers Inc. of Akron, Ohio ("Sterling") and Catfish Productions, Inc. of Malibu, California ("Catfish"), defendants in the above action. Sterling, a national retail jeweler with stores throughout the United States, has an exclusive license from Catfish to market jewelry designed by Jane Seymour, the well-known actress, in the United States and other countries, and those parties have copyrights and trade dress rights in that jewelry, often called the "Jane Seymour Open Hearts" design.

      On information and belief, plaintiff LA Gem and Jewelry Design, Inc. of Los Angeles, California ("LA GEM") is engaged in the jewelry design business. LA GEM, in its complaint filed December 15, 2010, but never served, sought a declaratory judgment that a jewelry item identified as the LA GEM Pendant, which it allegedly created and which is illustrated in paragraph 7 and described as "two unidirectional interconnected hearts," does not infringe any copyrights or trade dress rights of the defendant.

      Defendants' counsel informed plaintiff's counsel weeks ago that they would not contest the action because, having examined the LA GEM Pendant shown in the complaint, defendants agree that the product does not infringe any of defendants' copyrights or trade dress rights. Defendants told plaintiff's counsel that they would sign a release to that effect, thereby eliminating the need for the Court or the parties to expend further resources or time on this case.

Hon. R. Gary Klausner  **Weil, Gotshal & Manges LLP**
February 14, 2011
Page 2

      We are writing Your Honor because, despite defendants' statement, the action remains on your docket. It remains there because plaintiff has (a) neither served nor withdrawn the complaint and (b) failed to return telephone calls from defendants' counsel regarding the preparation of settlement papers.

      Defendants respectfully request that plaintiff be ordered to submit a release to defendants in accord with the above discussion within five days, so that this case, can finally be removed from Your Honor's docket and the parties can get on with their businesses.

                                      Respectfully submitted,

                                      Stephen D. Kahn

cc:      Milord Keshishian, Esq.
          MILORD & ASSOCIATES, P.C.
          2029 Century Park East, Suite 2100
          Los Angeles, California 90067
          Attorney for Plaintiff
          BY FEDEX