JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| LA GEM & JEWELRY DESIGN, INC., a California Corporation,<br><br>       Plaintiff,<br><br>    v.<br><br>STERLING JEWELERS INC. a Delaware Corporation, and CATFISH PRODUCTIONS, INC., a California Corporation,<br><br>       Defendants. | Case No.:  CV-10-9620 RGK (CWx)<br><br>*Assigned for all purposes to the Honorable R. Gary Klausner*<br><br>**[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL OF CASE IN ITS ENTIRETY**<br><br>Date Action Filed:  December 15, 2010<br>Trial Date:              April 10, 2012<br>Courtroom.:            850 |

|   |   |
|---|---|
| 1 | |
| 2 | STERLING JEWELERS INC. a Delaware Corporation, and CATFISH PRODUCTIONS, INC., a California Corporation, |
| 3 | |
| 4 | Counterclaimants, |
| 5 | v. |
| 6 | |
| 7 | LA GEM & JEWELRY DESIGN, INC., a California Corporation, |
| 8 | Counterclaim Defendant. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff LA GEM & JEWELRY DESIGN, INC. ("LA Gem") and Defendants STERLING JEWELERS INC. ("Sterling") and CATFISH PRODUCTIONS, INC. ("Catfish") through their respective attorneys of record, submitted a stipulation that the above-captioned action be dismissed in its entirety with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

The Court, having considered the foregoing Stipulation of Dismissal of this Case in its entirety, and for good cause shown, HEREBY ORDERS THAT this case is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

IT IS SO ORDERED.

Dated :March 22, 2012

_____
Honorable R. Gary Klausner
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

I certify that on March 22, 2012, I caused to be served a true and correct copy of the document:

**[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL**

upon all parties by ECF Notification of Filing to the following address(es):

| | |
|---|---|
| Milord A. Keshishian, Esq.<br>John G. Jahrmarkt, Esq.<br>**MILORD & ASSOCIATES, P.C.**<br>2049 Century Park East, Suite 3850<br>Los Angeles, CA  90067<br>(310) 226-7878<br>(310) 446-7879 Facsimile<br>jjlawyer@mail.com<br>milord@milordlaw.com<br><br>**Attorney for Plaintiff,**<br>**LA GEM & JEWELRY DESIGN, INC.** | Robert F. Helfing, Esq.<br>SEDGWICK, LLP<br>801 S. Figueroa Street, 19th Floor<br>Los Angeles, CA 90017<br>caroline.bussin@sdma.com<br>robert.helfing@sedgwicklaw.com<br><br>**Attorney for Counterclaim Defendant**<br>**LA GEM & JEWELRY DESIGN, INC.** |
| Stephen Kahn, Esq.<br>WEIL, GOTSHAL, & MANGES, LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>212-310-8000<br>Fax: 212-310-8007<br>Email: stephen.kahn@weil.com<br>**Attorney for Defendant/Counterclaimant**<br>**STERLING JEWELERS** | |

By:    /s/  Dayna C. Carter
             DAYNA C. CARTER, ESQ.